Christopher Renfro
Po box 495
Tipton, and County Tulare
California 93272
(559)709-1864




FILED
OCT 06 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
CIVIL DIVISION

CHRISTOPHER RENFRO,                                )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
-against-                                          )
                                                   )
                                                   )
SWIFT TRANSPS, GALLAGHER BASSETT SVS;              )
COVENTRY HEALTH; SPINE AND ORTHOPEDIC;             )
GODFREY, GODFRY, LAMP AND ORTEGA, KAI-LIEH         )
CHEN, TED KOHL&(DOES 1-10)                         )

T: 1 7 CV · 0 1 3 4 9 LJO BAM

_____
_____

**Complaint for a Civil Case**
Case No. _____
*(to be filled in by the Clerk's Office)*
Jury Trial: ☐ Yes ☐ No
*(check one)*
2
**I. The Parties to This Complaint**
**A. The Plaintiff(s)**
Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
Name _____ CHRISTOPHER RENFRO _____
Street Address _____ PO BOX 495 _____
City and County __ TIPTON _____
State and Zip Code _____ CALIFORNIA, 93272 _____
Telephone Number _____ 559-709-1864 _____
**B. The Defendant(s)**
Provide the information below for each defendant named in the complaint,

whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name _____ SWIFT TRANSPORTATION _____
Job or Title _____ SELF INSURED INSURANCED EMPLOYER COMPANY _____
(if known)
Street Address _____ 2200 S 75th Ave, _____
City and County _____ PHOENIX _____
State and Zip Code _____ ARIZONA 85043 _____
Telephone Number _____ 18008002200 _____

Defendant No. 2
Name _____ GALLAGHER BASSETT _____
Job or Title _____ INSURANCE ADJUSTER _____
(if known)
Street Address _____ 2355 Gold Meadow Way Ste 200, _____

City and County _____ Gold River, _____

State and Zip Code _____ CA 95670 _____
Telephone Number _____ (916) 638-8034 _____

Defendant No. 3
Name _____ COVENTRY HEALTH _____
Job or Title _ Coventry Health Care, Inc.
Street Address 6730-B Rockledge Drive, Suite 700 _____
City and County _____ Bethesda, MD 20817 _____
State and Zip Code _ MARYLAND 20817 _____
Telephone Number _ (301) 581-0600 _____

Defendant No. 4
Name _____ SPINE AND ORTHOPEDIC _____
Job or Title _____ ORTHO DOCTOR _____
(if known)

Street Address _ 401 East Carrillo Street
City and County _ Santa Barbara, _____

State and Zip Code _____ CA 93101 _____

Telephone Number _____ (805) 563-3307 _____

Defendant No. 5
Name _ GODFREY, GODFRY, LAMP AND ORTEGA _____
Job or Title _____ ATTORNEYS _____

(if known)
Street Address __W. Orangewood Avenue
City and County __ Orange,
State and Zip Code: California 92868
Telephone Number _(714) 935-9944
Defendant No. 6
Name _____KAI-LIEH CHEN_____
Job or Title ___EMG_____
Street Address _____2611 N Dinuba Blvd,_____
City and County _____Visalia,_____
State and Zip Code _____CA 93291_____
Telephone Number _____(559) 624 - 1148_____

Defendant No. 7
Name _____TED KUHL_____
Job or Title _____INSURANCE ADJUSTER_____
(if known)
Street Address 2355 Gold Meadow Way Ste 200,

City and County ___Gold River,_____

State and Zip Code _____CA 95670_____
Telephone Number ___(916) 638-8034

## II. Basis for Jurisdiction
Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.
What is the basis for Federal Court jurisdiction? *(check all that apply)*
☐ Federal question ☐ Diversity of citizenship
4
Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question
List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
_THE BASIS FOR FEDERAL JURISDICTION IS A FEDERAL QUESTION UNDER FAIR TRADE FAIR DEALINGS, RICO FOR DENIAL OF WORK CLAIMS BENEFITS AND ANY OTHER PLEADED IN COMPLAINT THAT THIS COMPLAINT CAN BE AMENDED TO INCLUDE

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

This issue with jurisdiction is null as you have companies from other states, substantially doing business in California extensively which would nullify any issues of diversity; leaving the only issue before this forum. Federal Questions

1. The Plaintiff(s)
a. If the plaintiff is an individual
The plaintiff, *(name)* Christopher Renfro, is a citizen of
the State of *(name)* United States of America, State of California, County of Tulare. Loyal to the U.S. Constitution.
b. If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)
a. If the defendant is an individual
The defendant, *(name)* Ted Kuhl_, is a citizen of
the State of *(name)* California_. Or is a citizen of
*(foreign nation)* _(not sure of immigration status).
5
b. If the defendant is a corporation
The defendant, *(name)* _SWIFT TRANSPORTATION_, is incorporated under the laws of the State of *(name)*
_____ARIZONA AND CALIFORNIA_____, and has its principal place of business in the State of *(name)* _ARIZONA_____. Or is incorporated under the laws of *(foreign nation)*
_____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy
The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
_____OVER $75,000.00 because they used their methods of denial of claim, treatment and awards of benefits, medical care that resulted in the loss of a regular wage, not included pain and suffering over a period of no less than 3 years for over $25,001.00 a year resulting in a minimal loss of $75,003.00 dollars._____

**III. Statement of Claim**
Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places

of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

\_ I was injured on 6/30/2014 from a trip and fall that injured my right wrist; SWIFT TRANSPORTATION my employer is self insured and conducts business in Arizona, they have their medical response team there, which coordinates and determines where you are treated for work injuries after you leave the hospital. Primary care doctors will send you away. I was treated by the E.R. room in Visalia after my trip and fall and received stitches. After which Mindy DOE of Swift stated I needed to go to medical doctors in Tulare; they had exclusive control of whom I treated. The doctors in Tulare refused to treat me, because SWIFT had failed to pay their bill; THEY also stated they have received lots of injured drivers from them and do not understand why they continue to send them there because they refuse to see them for several years. After not receiving medical care, Swift stated they wanted plaintiff to get back on the road; and would be fired if he did not get medical clearance to return. Plaintiff had injured his neck and thoracic back in Pennsylvania and Memphis Tennessee and was not sent to a doctor (result bulged disk and levoscholiosis). The PLAINTIFF Called several times to swift to find a doctor, and finally after several weeks, he was told if it hurts so bad go to the E.R. so he did. Swift later had Mr. Renfro go to a Kai-lieh Chen who performed an EMG study, that was promptly paid (the only doctor promptly paid and more than other doctors by several hundreds of dollars). He fractured Mr. Renfro's fifth metacarpal and burned the top of his 5th metacarpal with electrical shock and other egregious things to receive a false negative on nerve damage. (Dr. Chen normally deals with carpel tunnel patients who he turns up the juice, finds no nerve damage by arcing one nerve against the other) after the study Mr. Renfro was seen and treated for fracture of the 5th Metacarpel at a medical clinic. The problem with Chens test results was most patients he sees are secretarys and there would not be a cut nerve to disprove his claims; here plaintiff had an MRI scheduled by Urgent Care (who finally took his case via ER ..sorry maybe a little all over the place). The MRI showed a cut nerve… it was a mystery on how CHENs test was in error. The insurance Gallagher Bassett waited a year and one week to allow the second test of the Ulnary Nerve (of which Chens report stated NO DAMAGE); the finding was mild (more likely moderate by Dr. Avena) ulnar nerve damage. A second test was done and confirmed that the Chens test was manipulated. Gallagher Bassett hired Coventry health to manage and approve claims via their doctors. They were responsible between the two of having the scheduled surgery cancelled with REGIONAL HAND fresno, by Having Sequia Prompt care Drop Mr Renfro as a patient, which delayed his surgery; as he did not have a PA to schedule or reschedule medical follow ups. But the surgery was authorized. Gallagher Bassett with held funds for work comp and hired Godfry Godfry Lamb and Ortega, who denied the claim for the work comp insurance; Danny Ortega told Mr. Renfro he would give him $15,000 dollars for his claim and told him to blame it on his current employer. Then Fred Lagmen denied the claim; and did not pay any money for a considerable amount of time, thus starving the plaintiff out. Then Mr. Renfro went to Spine and Ortho in Bakersfield was going to have the surgery through them and asked to have Dr. Avena do the surgery. They did not allow Dr. Avena to do the surgery. They racked up a bill of $12,000 dollars and did a fraudulent report on the injury and reported no surgery was needed. However, thoughout those times, they had requested authorization over and over again and Coventry Health had denied the health care. Finally on Oct. 16th? Or later they called Mr. Renfro in to do a final over all evaluation, told him he would not be needed surgery and then later released him as a patient. Prior to this they had scheduled

him with a Chiropractor (dr. Rangel) who broke his T-7 Spine; and he went to Spine and Ortho for help and they only loaded him with more medication. The plaintiff has proof to show that the spine was broken by Dr Rangel. After this break the plaintiff was released from care and left to do what he would with the injuries. The parties consorted with Gallagher Bassett and the Attorneys to generate a report that showed plaintiff in a false light. Further as in other cases the doctor prescribed overdoses of pain medications that put RENFRO in the E.R. twice; for urinating blood, kidney and liver failure from the excess medication and complications from chemical exposure at another job. Spine and Ortho would not release medical records after their settlement with SWIFTs adjusters and attorneys. Lastly they did not pay for chiropractic mileage and any record from Coventry has been misplaced by their office on the matter after 7/25/2017. The issue with Ted Kuhl and Godfry Godfry Lamb and Ortega is they with held benefits ordered by the Workcomp judge for retraining and job displacement. Duncan Cox (attorney Godfry Lamb Ortega) told plaintiff that his benefits had expired. Ted Kuhl denied the claims in all areas of the Work Comp claims. And was the driving force in keeping denials on the part of Gallagher Bassett and made it a point to send documents from another Pest Control injured worker to Mr. Renfro in response to his claim not changing the wording, giving a conscious intent to deny benefits and deny him his property which here is workmans compensation benefits and medical treatment authorized through them as found by other cases.
6

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**I am seeking monetary relief in $250,000.00 and actual, exemplary and punitive damages as punitive damages may be sought from an insurance company when they DENY a claim that should have rightfully been accepted and was not.**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __10/4_____, 2017__.

Signature of Plaintiff _____

Printed Name of Plaintiff ___CHRISTOPHER  RENFRO._____