# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SWIFT TRANSPS, *et al*.<br><br>　　　　　Defendants. | Case No.: 1:17-cv-1349-LJO-BAM<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 3)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff Christopher Renfro ("Plaintiff") is proceeding pro se in this civil rights action. (ECF No. 1.) On October 6, 2017, Plaintiff filed a motion seeking leave to proceed in forma pauperis. (ECF No. 3). However, Plaintiff's application form is incomplete, including that it is missing several pages and it does not have any signature page. Plaintiff must submit a completed form if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1.　Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is DENIED, without prejudice;

2.　The Clerk of the Court is directed to serve this order and a blank IFP application for non-prisoners on Plaintiff.

3.　Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

1

4. No extension of time will be granted without a showing of good cause; and

5. **The failure to comply with this order will result in dismissal of this action, without prejudice**.

IT IS SO ORDERED.

Dated: **October 17, 2017**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE