# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPS, *et al*.<br><br>　　　　Defendants. | Case No.: 1:17-cv-1349-LJO-BAM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

Plaintiff Christopher Renfro ("Plaintiff"), appearing pro se, filed the complaint in this action on October 6, 2017. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3.) On October 17, 2017, the Court found that Plaintiff's application was not properly completed, and Plaintiff was ordered to file a long form application to proceed in forma pauperis, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

　Dated:　**November 15, 2017**　　　　　/s/ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1