## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRISTOPHER RENFRO,**

CASE NO: **1:17–CV–01349–LJO–BAM**

v.

**SWIFT TRANSPS, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/13/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 13, 2018**

by: /s/ E. Flores
Deputy Clerk